IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHARLES E. HILL,

                                        ORDER

          Plaintiff,

                                  98-cv-287-bbc

     v.

MILWAUKEE COUNTY JAIL MEDICAL STAFF,
DODGE CORRECTIONAL INSTITUTION
MEDICAL STAFF, OSHKOSH CORRECTIONAL
INSTITUTION MEDICAL STAFF and
MANITOWOC COUNTY JAIL MEDICAL STAFF,

          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In an order dated July 27, 1998, I dismissed this case for plaintiff's failure to state a claim.  Now plaintiff Charles Hill requests that the $350 filing fee in this case be returned. The request will be denied.

      As the name suggests, the $350 fee is the fee for *filing* a case.  Litigants whose cases are dismissed for failure to state a claim or for any other reason do not get their money back even if the case is dismissed at an early stage; they have received the service for which they paid, which is the filing of the complaint and the opening of a case.  The fee covers the administrative costs incurred at the time of filing.  Neither the Federal Rules of Civil Procedure nor any statute enacted by Congress authorizes a district court to refund a filing

fee in instances in which the filed case is closed following a ruling by the judge.

ORDER

IT IS ORDERED that plaintiff Charles Hill's request for a refund of the filing fee he paid in case 98-cv-287-bbc is DENIED.

Entered this 17th day of June, 2011.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge